# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2017

### NO. 03-15-00786-CR

**The State of Texas, Appellant**

**v.**

**Christopher Reid Dewbre, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
REVERSED AND REMANDED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the trial court on December 2, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the trial court's order and remands the case for further proceedings consistent with this opinion. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.